UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -2 AM 11:58

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | **'08 MJ 2690** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Jose GONZALEZ-Garcia,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **August 30, 2008** within the Southern District of California, defendant, **Jose GONZALEZ-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd DAY OF SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose GONZALEZ-Garcia

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on July 29, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

On August 30, 2008, Border Patrol Agent D. Vargas was performing his assigned duties in the Imperial Beach Station area of operations. At approximately 9:10 P.M., Agent Vargas was assisting in a search for four individuals whose foot sign was discovered at the United States/Mexico International Boundary Fence heading north and then east towards Dairymart Road in San Ysidro, California. This area is located approximately two and a half miles west of the San Ysidro, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary.

While searching for the individuals on Interstate 5 southbound, Agent Vargas exited I-5 at the Dairymart Road exit and observed three individuals jumping the wall of an apartment complex and running towards I-5. The individuals appeared disheveled, with weeds and brush hanging off of their clothing. Agent Vargas activated his emergency lights, exited the vehicle, approached the three individuals, identified himself as a U.S. Border Patrol Agent, and ordered the three individuals to stop running. Upon seeing the emergency lights, the three individuals began running back towards the apartment complex. Agent Vargas pursued the individuals and after a brief search of the area, encountered one individual later identified as the defendant, Jose GONZALEZ-Garcia, in some dense brush. Agent Vargas identified himself as a U.S. Border Patrol Agent and questioned him regarding his citizenship, nationality, and immigrations status. The defendant admitted to having entered the United States without inspection, and that he is a citizen and national of Mexico. The defendant also stated that he was not in possession of immigration documents that would allow him to enter or remain in the United States legally. At approximately 9:20 P.M., Agent Vargas arrested GONZALEZ and he was transported to the Imperial Beach Border Patrol Station for processing.

Executed on August 31, 2008 at 10:00 A.M.

Lisa M. Struve
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 30, 2008**, in violation of Title 8, United States Code, Section **1326**.

Leo S. Papas
United States Magistrate Judge

8/31/08  ̄3:32 A
Date/Time